**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

CASE NO. 1:26-cv-27050

MICHAEL SECA,

Plaintiff,

v.

PRINCESS CRUISE LINES, LTD.,

Defendant.

______________________________________/

# CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Defendant, PRINCESS CRUISE LINES, LTD., by and through undersigned counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby files its Certificate of Interested Persons and Corporate Disclosure Statement as follows:

## CERTIFICATE OF INTERESTED PARTIES

1. Michael Seca, ***Plaintiff***

2. DAVID W. SINGER & ASSOCIATES, P.A., ***Counsel for Plaintiff***

3. Princess Cruise Lines, LTD., ***Defendant***

4. Horr, Skipp, & Perez, P.A., ***Counsel for Defendant***

## CORPORATE DISCLOSURE STATEMENT

Defendant, PRINCESS CRUISE LINES, LTD., discloses that it is a subsidiary of Carnival Corporation, a publicly traded company whose common stock is listed on the New York Stock Exchange and there are no parent corporations or publicly held corporations that hold ten percent or more of its stock.

Dated: October 29, 2026

Miami, FL

Respectfully submitted,

*/s/ Cecile C. Von Batemberg*

**DAVID J. HORR**
Florida Bar No.: 310761
dhorr@admiral-law.com
**CECILE CASUTT VON BATEMBERG**
Florida Bar No.: 123769
cvonbatemberg@admiral-law.com
**THALIA CEDENO**
Florida Bar No. 1058005
tcedeno@admiral-law.com
**HORR, SKIPP & PEREZ, P.A.**
Two Datran Center, Suite 1700
9130 S. Dadeland Boulevard
Miami, FL 33156
Telephone: (305) 670-2525
Facsimile: (305) 670-2526
***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF

or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

WE HEREBY CERTIFY that on October 29, 2026, the foregoing document is being served this day, via email, on all counsel of record or pro se parties identified on the attached Service List.

*/s/ Cecile C. Von Batemberg*
**DAVID J. HORR**
Florida Bar No.: 310761
**CECILE CASUTT VON BATEMBERG**
Florida Bar No.: 123769
**THALIA CEDENO**
Florida Bar No. 1058005

## SERVICE LIST

**DAVID W. SINGER**
Florida Bar No.: 306215
dsingeresq@aol.com
**MICHAEL A. HOFFMAN**
Florida Bar No. 89549
mahoffman@1800askfree.com
DAVID W. SINGER & ASSOCIATES, P.A.
1011 South Federal Highway
Hollywood, Florida 33020
Telephone: (954) 920-1571
Facsimile: (954) 926-5746
***Attorney for Plaintiff***

**DAVID J. HORR**
Florida Bar No.: 310761
dhorr@admiral-law.com
**CECILE CASUTT VON BATEMBERG**
Florida Bar No.: 123769
cvonbatemberg@admiral-law.com
**THALIA CEDENO**
Florida Bar No. 1058005
tcedeno@admiral-law.com
HORR, SKIPP & PEREZ, P.A.
Two Datran Center, Suite 1700
9130 South Dadeland Boulevard
Miami, FL 33156
Telephone: (305) 670-2525
Facsimile: (305) 670-2526
***Attorneys for Defendants***